**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| DS-Rendite Fonds Nr. 108 VLCC Ashna GmbH & Co Tankschiff KG, | 15 CV 6531 |
| | ECF Case |
| Plaintiff, | |
| v. | **IN ADMIRALTY** |
| Energy Transportation International Limited, *et al.*, | **NOTICE OF APPEAL** |
| Defendants and Garnishees. | |

PLEASE TAKE NOTICE that plaintiff DS-Rendite Fonds Nr. 108 VLCC Ashna GmbH & Co Tankschiff KG ("DS-Rendite") notes appeal to the United States Court of Appeals for the Second Circuit, of:

(1)     The Court's September 8, 2015 Order denying plaintiff's motion for issue of Rule B writs of maritime attachment and garnishment (Docket No. 23); and

(2)     The Court's November 3, 2015 Order denying plaintiff's motion for reconsideration of the Court's September 8, 2015 Order (Docket No. 28).

Dated: November 22, 2015.

/s/ *J. Stephen Simms*
J. Stephen Simms (*pro hac vice*)
Simms Showers LLP
201 International Circle, Suite 250
Baltimore, Maryland 21030
Telephone:     410-783-5795
Facsimile:      410-510-1789
jssimms@simmsshowers.com
mjmonopolis@simmsshowers.com

Attorneys for DS-Rendite Fonds Nr. 108 VLCC Ashna GmbH & Co Tankschiff KG

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on this 22nd day of November, 2015, I served a copy of the

foregoing Motion for Reconsideration on all counsel of record via the Court's CM/ECF system.


<u>/s/ J. Stephen Simms</u>